# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00280-CV

**The Hertz Corporation, Appellant**

**v.**

**Chandra Oglen, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
NO. 90538, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on July 25, 2022. On September 6, 2022, this Court sent a notice to appellant informing it that its brief was overdue and that a failure to file a satisfactory response by September 16, 2022, would result in the dismissal of this appeal for want of prosecution. On counsel's subsequently filed motion, the time for filing was extended to October 24, 2022. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than November 30, 2022. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on October 31, 2022.

Before Chief Justice Byrne, Justices Triana and Smith